MARCH 2, 1998

No. 96–2046. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. TOLEDO HOSPITAL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Regions Hospital* v. *Shalala, ante,* p. 448.

No. 97–625. DRYDEN ET AL. v. MADISON COUNTY, FLORIDA. Sup. Ct. Fla. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Newsweek, Inc. v. Florida Dept. of Revenue, ante,* p. 442.

No. 97–1048. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, MINNEAPOLIS BRANCH, ET AL. v. METROPOLITAN COUNCIL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rivet* v. *Regions Bank of La., ante,* p. 470.

No. D–1878. IN RE DISBARMENT OF KERSNER. Disbarment entered. [For earlier order herein, see *ante,* p. 992.]

No. D–1885. IN RE DISBARMENT OF GARVER. Disbarment entered. [For earlier order herein, see *ante,* p. 1025.]

No. D–1917. IN RE DISBARMENT OF BARTON. Robert W. Barton, of Harrisburg, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.